| Case | Docket | Date | Judge | Disposition |
|------|--------|------|-------|-------------|
| M.P. v. State | 03A01–1604–JV–857 | 11/22/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State | 71A03–1603–CR–672 | 11/22/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| State v. Hawkins | 33A05–1603–CR–562 | 11/22/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| E.E., In re Paternity of | 27A04–1601–JP–204 | 11/22/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Stansbury v. State | 15A01–1511–PC–1859 | 11/22/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Bunner v. State | 87A04–1603–CR–521 | 11/22/2016 | RILEY, J.<br>BAILEY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Allen v. State | 79A05–1601–CR–26 | 11/23/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Epperly v. State | 34A02–1604–CR–731 | 11/23/2016 | MAY, J.<br>KIRSCH, J.<br>CRONE, J. | Affirmed and Remanded<br>Concurs<br>Concurs |
| S.M.M., In re Adoption of | 27A02–1602–AD–366 | 11/23/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Riddle v. State | 90A05–1604–CR–931 | 11/23/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Deweese v. State | 53A01–1606–CR–1310 | 11/23/2016 | FRIEDLANDER, Sr.J.<br>BAKER, J.<br>BARNES, J. | Affirmed in part, Reversed in part, and Remanded<br>Concurs<br>Concurs |